**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IOSIF POP,<br><br>       Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, ET AL.,<br><br>       Respondents. | Case No. 5:26-cv-02147-AH-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents shall immediately release Petitioner from custody on his prior conditions of release (or if there were no conditions in place, then without conditions) and immediately return any confiscated property and documents to Petitioner.  Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).  Respondents shall not attempt to remove Petitioner to any country other than Romania without first providing written notice of their intent to do so and a

meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).  Respondents shall file a notice of compliance within twenty-four hours.

DATED:  MAY 6, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE